No. 04–739. MILLS v. NOLAN, DIRECTOR, RHODE ISLAND DE-
PARTMENT OF HEALTH. Super. Ct. Providence County, R. I.
Certiorari denied.

No. 04–743. DAVIS v. HAMONDS, SUPERINTENDENT, ST. LOUIS
PUBLIC SCHOOLS DISTRICT. C. A. 8th Cir. Certiorari denied.

No. 04–744. MIYARES v. FORSYTH COUNTY, NORTH CAROLINA,
ET AL. Ct. App. N. C. Certiorari denied.

No. 04–747. HUTTON v. HAFIF ET AL. Ct. App. Cal., 2d App.
Dist. Certiorari denied.

No. 04–749. PLONKA v. BROWN ET AL. C. A. 2d Cir. Certio-
rari denied.

No. 04–750. GOULD v. UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MINNESOTA. C. A. 8th Cir. Certiorari denied.

No. 04–751. H&R BLOCK, INC., ET AL. v. CUMMINS ET AL.
Sup. Ct. App. W. Va. Certiorari denied.

No. 04–754. WOOD v. FEDERAL AVIATION ADMINISTRATION.
C. A. D. C. Cir. Certiorari denied.

No. 04–755. WOOD v. FEDERAL AVIATION ADMINISTRATION
ET AL. C. A. D. C. Cir. Certiorari denied.

No. 04–758. SOLOW BUILDING CO., LLC v. MORGAN GUAR-
ANTY TRUST COMPANY OF NEW YORK. App. Div., Sup. Ct. N. Y.,
1st Jud. Dept. Certiorari denied.

No. 04–760. OPALEWSKI ET AL. v. FITZPATRICK ET UX. C. A.
6th Cir. Certiorari denied.

No. 04–765. MAPLES v. ALABAMA. Sup. Ct. Ala. Certiorari
denied.

No. 04–771. DIEDRICH v. CITY OF NEWPORT NEWS, VIRGINIA,
ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–772. McCAMMON v. FRAME ET AL. Cir. Ct. Harrison
County, W. Va. Certiorari denied.